UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DANIELLE BARKER | CIVIL ACTION NO. 6:05-2191 |
| VS. | JUDGE MELANÇON |
| RENT-A-CENTER EAST, INC. | MAGISTRATE JUDGE HILL |

O R D E R

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS THEREFORE ORDERED that the Motion to Dismiss filed by defendant is GRANTED and that this case is hereby DISMISSED WITHOUT PREJUDICE.

Lafayette, Louisiana this 30th day of January, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE